IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DYNAMIC CAMPUS SOLUTIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV906 |
| | ) | |
| PFEIFFER UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 20, 2018, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss (Doc. 12) is GRANTED IN PART AND DENIED IN PART in that Plaintiff's second cause of action for breach of implied covenant of good faith and fair dealing is DISMISSED.

/s/   Thomas D. Schroeder
United States District Judge

May 16, 2018